# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **RICKEY E. WILLIAMS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case number 4:07cv0491 TCM |
| ) | |
| **JAMES PURKETT,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

This 28 U.S.C. § 2254 case was assigned to the undersigned pursuant to Local Rule 2.08(A) of Eastern District of Missouri. This Rule requires that a party whose case has been assigned to a magistrate judge sign and file with the Clerk of the Court a form indicating whether he consents to the magistrate judge assignment or chooses to have the case reassigned to a district judge. Although being advised of this requirement in the Case Management Order and reminded of it by letter, Petitioner has failed to comply with Rule 2.08(A). Obviously, the undersigned has no jurisdiction to preside over this case without the consent of all parties. Therefore, in order to avoid any further delay in the ultimate resolution of this case, this case will be transferred to a United States District Judge. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall randomly reassign the instant cause of action to a United States District Judge for disposition.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of May, 2007.