UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICKEY E. WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) No. 4:07CV491 CDP |
| JAMES PURKETT, | ) |
| Respondent. | ) |

## ORDER

On January 17, 2008, I incorrectly denied petitioner's request to appeal in forma pauperis. Petitioner was permitted to proceed in forma pauperis in the proceedings before this Court. As a result, petitioner does not need permission to proceed in forma pauperis on appeal. Fed. R. App. P. 24(a)(3). Petitioner's notice of appeal is sufficient to allow him to proceed in forma pauperis before the Court of Appeals, and my denial of the request was incorrect.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall docket and transmit to the Court of Appeals the petitioner's notice of appeal.

Dated this 24th day of January, 2008.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE